Abe J. David et al., appellants, v. L. Elmer Hulse et al., appellees. Gen. No. 6,749.

Bill to foreclose a chattel mortgage. Judgment for defendants. Appeal from the Circuit Court of Lake county; the Hon. Claire C. Edwards, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed April 21, 1920. *Certiorari* denied by Supreme Court (making opinion final).

Justin K. Orvis, for appellants. George W. Field, for appellees.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

---

John O. Gylling, appellee, v. City of Galva, appellant. Gen. No. 6,752.

Action to recover for damages to property caused by local improvements made by a city. Judgment for plaintiff. Appeal from the Circuit Court of Henry county; the Hon. Emery C. Graves, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed April 21, 1920.

Clark Aby and Henry Waterman, for appellant. Sturtz & Ewan, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

---

First National Bank of Sterling et al., appellants, v. Otto Heide, appellee. Gen. No. 6,771.

Motion to dissolve injunction restraining the withdrawal and payment of money on deposit in a bank. Motion denied. Appeal from the Circuit Court of Whiteside county; the Hon. Frank D. Ramsay, Judge, presiding. Heard in this court at the April term, 1920. Reversed and remanded with directions. Opinion filed May 7, 1920.

Carl E. Sheldon, for appellants. Jacob Cantlin, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

E. V. Orvis, appellee, v. John D. Goehringer, appellant. Gen. No. 6,799.

Failure to file a docket fee. Action dismissed. Appeal from the Circuit Court of Lake county; the Hon. Claire C. Edwards, Judge, presiding. Heard in this court at the April term, 1920. Affirmed. Opinion filed May 7, 1920.

George W. Field, for appellant. E. V. Orvis, *pro se.*

Per Curiam.